FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2382-W |
| --- | --- | --- |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| EDGAR JOEL ESPINOZA-GALVEZ, | ) | (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 20, 2008, within the Southern District of California, defendant EDGAR JOEL ESPINOZA-GALVEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 18.38 kilograms (40.44 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 22, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
7/21/08